

FILED
CLERK, U.S. DISTRICT COURT
OCT - 7 2014
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>THANH TUONG,<br><br>     Defendant. | NO.: 2:04-CR-01261-DSF-5<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

    The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of his probation; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.    (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if

released under 18 U.S.C. § 3142(b) or (c). This finding is based on the circumstances of his arrest, that is, that he was arrested at LAX with an airline ticket to Canada in his name and that, absent a court order, international travel is prohibited by the terms of his probation.

and

B.   ( )   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: October 7, 2014

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE